## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RODMEN R. FOSTER** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **MICHAEL C. POTTEIGER, et al.** | : | **NO. 15-6469** |

FILED

DEC 1 0 2015

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 10th day of December, 2015, upon consideration of plaintiff's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1.    Leave to proceed *in forma pauperis* is GRANTED.

2.    The complaint is DISMISSED with prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii), for the reasons stated in the Court's Memorandum.

3.    The Clerk of Court shall CLOSE this case.

BY THE COURT:

CYNTHIA M. RUFE, J.